DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. HUNT

No. 17A91

Case below: 339 N.C. 622

Upon motion by defendant for reconsideration of the opinion originally filed on 30 December 1994, issuance of the mandate was temporarily stayed 19 January 1995 pending further order of the Court. Motion by the defendant for reconsideration was denied on 2 March 1995.

STATE v. KEITT

No. 6P95

Case below: 117 N.C.App. 465

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.

STATE v. LILLY

No. 20A95

Case below: 117 N.C.App. 192

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 2 March 1995.

STATE v. WILLIAMS

No. 28P95

Case below: 117 N.C.App. 614

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.

STATE v. WILLIAMS

No. 524P94

Case below: 116 N.C.App. 225

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 2 March 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.